John E. Haapala, Jr.
OSB 061739
401 E. 10th Ave., Ste. 240
Eugene, OR 97401
Ph: 541-345-8474
Fax: 541-345-3237
jeh@haapalaw.com
Attorney for Plaintiff

UNITED STATES DISTRICT COURT
DISTRICT OF OREGON

| | |
|---|---|
| JEFFREY L. WODTLI, <br><br> Plaintiff, <br><br> v. <br><br> NANCY BERRYHILL, <br> Acting Commissioner, Social Security Administration, <br><br> Defendant. | Case No. 6:17-CV-00771-YY <br><br><br> ORDER AWARDING ATTORNEY FEES PURSUANT TO THE EQUAL ACCESS TO JUSTICE ACT |

Based upon the stipulation of the parties, it is hereby ORDERED that, pursuant to the Equal Access to Justice Act, 28 U.S.C. §§ 2412, Plaintiff's attorney is entitled to an award of the full amount of fees and filing requested in the amount of $5,976.47 plus the filing fee of $400.00 for a total of **$6,376.47.**

The parties agree that this award will be paid to Plaintiff's attorney, dependent upon verification that Plaintiff has no debt which qualifies for offset against the award, pursuant to the Treasury Offset Program as discussed in *Astrue v. Ratliff*, 560 U.S. 586 (2010). If Plaintiff has no such debt, then a check shall be made to Plaintiff's attorney, and mailed directly to Plaintiff's attorney at: 401 E. 10th Ave., Ste. 240, Eugene, OR

1 – ORDER AWARDING ATTORNEY FEES PURSUANT TO THE EQUAL ACCESS TO JUSTICE ACT

97401. If Plaintiff has a debt, then a check for any remaining funds after offset of the debt shall be made to Plaintiff and mailed to Plaintiff's attorney's office.

There are no other costs or expenses to be paid herein.

Dated this 12th of June, 2018.

/s/ Youlee Yim You
United States Magistrate Judge

Submitted by:
John E Haapala, OSB 061739
401 E. 10th Ave., Ste. 240
Eugene, OR 97401
Attorney for Plaintiff

2 – ORDER AWARDING ATTORNEY FEES PURSUANT TO THE EQUAL ACCESS TO JUSTICE ACT